UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA ANN GAMBLE              :

    vs.                         :       CIVIL 3-02-cv-613 (AHN)

MARRAKECH, INC.                 :
PATRICK SHAW


## JUDGMENT

Notice having been sent to counsel of record on January 22, 2004 pursuant to Local Rule 41a, formerly Local Rule 16a, indicating that the above-entitled case would be dismissed for lack of prosecution unless a satisfactory explanation was received within 20 days which would justify continuing the case on the dockets of this Court, and

No explanations for requests for action having been received within the time specified, therefore, it is hereby

ORDERED that the complaint on file herein, be and hereby is dismissed.

Dated at Bridgeport, Connecticut this 20th day of February, 2004.

KEVIN F. ROWE, CLERK

By _____
    Deputy Clerk

Entered on Docket _____